ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 MAY 16  P 2: 05

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| ROSSANO A. MCKEIVER, | ) |
| Plaintiff, | ) |
| v. | ) CV 313-023 |
| JOSE MORALES, Warden, et al., | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 10).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 11th day of May, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Although docketed as a supplement to the complaint, it is clear from the contents and timing of Plaintiff's filing that is in fact intended to constitute objections to the Magistrate Judge's Report and Recommendation.